# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 157 WAL 2023

         Respondent                :

                                    :    Petition for Allowance of Appeal

       v.                               :    from the Order of the Superior Court

ANDRA RYAN SLEDGE, SR.,           :

         Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.